UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATISHA PAULSON,<br><br>                         Plaintiff,<br><br>  - against -<br><br>MANN PUBLICATIONS INC.<br><br>                        Defendant. | Docket No. 1:19-cv-6196<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Atisha Paulson ("Paulson" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Mann Publications Inc. ("Mann Publications" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photographs of Israeli mentalist, and magician Oz Pearlman, owned and registered by Paulson, a New York based professional photographer. Accordingly, Paulson seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York and is registered with the New York Department of State Division of Corporations.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Paulson is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 337 37th Street, Brooklyn, New York 11232.

6.      Upon information and belief, Mann Publications is a domestic business corporation organized and existing under the laws of the State of New York, with a place of business at 1440 Broadway, New York, New York 10018. Upon information and belief, Mann Publications in registered with the New York State Department of Corporations to do business in New York. At all times material hereto, Mann Publications has owned and operated a website at the URL: www.MannPublications.com (the "Website") and has owned and operated a magazine called "Mann About Town" (the "Magazine").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photographs**

7.      Paulson photographed Israeli mentalist, and magician Oz Pearlman (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A.

8.      Paulson is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9.      The Photographs were registered with United States Copyright Office and were given Copyright Registration Number VA 2-150-797.

**B.     Defendant's Infringing Activities**

10.     Mann Publications ran the Photographs in Magazine and on the Website. Including one Photograph on the front cover of the Magazine. Screenshots of the Photographs on the Website and Magazine are attached hereto as Exhibit B.

11.     Mann Publications did not license the Photographs from Plaintiff for its article, nor did Mann Publications have Plaintiff's permission or consent to publish the Photographs on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     Mann Publications infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Mann Publications is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Mann Publications have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## SECOND CLAIM FOR RELIEF
## INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST DEFENDANT
## (17 U.S.C. § 1202)

17. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-16 above.

18. Upon information and belief, Mann Publications intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photographs in the Magazine.

19. The conduct of Mann Publications violates 17 U.S.C. § 1202(b).

20. Upon information and belief, Mann Publications' falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

21. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Mann Publications intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photographs. Mann Publications also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photographs.

22. As a result of the wrongful conduct of Mann Publications as alleged herein, Plaintiff is entitled to recover from Mann Publications the damages, that he sustained and will

sustain, and any gains, profits and advantages obtained by Mann Publications because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

23. Alternatively, Plaintiff may elect to recover from Mann Publications statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Mann Publications be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Mann Publications be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs;

4. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

7. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

8. That Plaintiff be awarded pre-judgment interest; and

9. Such other and further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
July 2, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Atish Paulson*